Cite as 2025 Ark. 5

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** January 9, 2025

IN RE AMENDMENT 80 AND
STATE DISTRICT COURTS

**PER CURIAM**

Today, the Supreme Court of Arkansas recognizes the completion of a twenty-five-year process achieving one of the primary goals of Amendment 80 to the Arkansas Constitution. As of January 1, 2025, all district courts in our state are served by a full-time, state-employed district judge, and all district courts are organized in designated geographic districts similar to those of our circuit courts. This process required the diligent work and dedication of public servants in all branches and levels of government throughout the state. We thank the legislators, governors, judges, local officials, attorneys, court staff, and citizens of Arkansas who contributed to the creation of this third tier of the Arkansas Judiciary. The result has been, and will continue to be, equal access to, and equitable distribution of, judicial services to all citizens.

Recognizing the completion of this process, the Court directs the Administrative Office of the Courts to assist the state district judges in forming an Arkansas District Judges Judicial Council similar to that of our circuit courts. The Administrative Office of the Courts shall support this new judicial council for district judges as it has supported the Arkansas Judicial Council for decades. The Director of the Administrative Office of the Courts shall serve as its Secretary.

The courts of limited jurisdiction deserve a professional association that is charged with advancing a more unified and uniform statewide system that minimizes the reliance on disparate fees, costs, and fines.

It is so ordered.